proceeding dismissed. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Gorski, JJ. (Filed May 17, 2006.)

■ THOMAS M. SULLIVAN, Appellant, v TROSER MANAGEMENT, INC., Respondent. [816 NYS2d 395]—Motion for stay denied. Memorandum: Because appellant can obtain an automatic stay (*see* CPLR 5519 [a] [4], [5]), a discretionary stay is not available pursuant to CPLR 5519 (c) (*see Kightlinger v Kightlinger*, 231 AD2d 969 [1996]). Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Gorski, JJ. (Filed May 17, 2006.)

FOURTH DEPARTMENT, NOVEMBER, 2005

(November 10, 2005)*

ORDER AFFIRMED

| | | |
|---|---|---|
| Herbek-Passalacqua v Board of Educ., Victor Cent. School Dist. [Reed, A.J.] | 11/10/05 | 4th Dept. |

FIRST DEPARTMENT, JUNE, 2006

(June 6, 2006)**

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN CASTILLO, Appellant. [816 NYS2d 66]—

Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered October 28, 2002, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the first degree and robbery in the first degree, and sentencing him to concurrent terms of 15 years to life and 15 years, respectively, unanimously modified, on the law, to the extent of vacating the robbery conviction and remanding that count of the indictment for further proceedings, and otherwise affirmed.

Although defendant was indicted for first-degree robbery

* Not published with other Fourth Department decisions of November, 2005.

** Not published with other First Department decisions of June, 2006.